```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DOMINGO PASCUAL,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :
               -against-                                    :
                                                            :
LEVY ELECTRIC INC.,                                         :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/21/21

21-CV-5156 (VSB)

<u>ORDER</u>

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on June 10, 2021, (Doc. 1), and filed an affidavit of service on September 15, 2021, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's complaint was July 14, 2021.  (*See id*.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 21, 2021.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 21, 2021
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge